**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| ERIC ADORNO-ROSARIO | |
|---|---|
| Petitioner | Civ. No. 05-1031(PG) |
| v. | (Re: Crim. No.03-350(PG)) |
| UNITED STATES OF AMERICA | |
| Respondent. | |

| Re: | ORDER |
|---|---|
| Docket **# 8** – MAGISTRATE-JUDGE'S REPORT AND RECOMMENDATION | Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")--to which no objections were filed--the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R and **DENIES IN PART AND GRANTS IN PART** petitioner's motion (Docket No. 1.)  Judgment shall be entered accordingly. |

Date: October 17, 2005.

S/JUAN M. PEREZ-GIMENEZ
U.S. District Judge